BERNICE R. BENNETT, Admr. of the Estate of Wilbur Leon Hardin, Deceased, Plaintiff-Appellant, *v.* EDWARD GEELER *et al.*, Defendants-Appellees.

(No. 57127; ▮▮▮▮▮▮▮▮▮▮▮▮

First District (1st Division)—April 2, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

William M. Doty and Edwin L. Johnson, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Vincent Bentivenga, Jr., and Henry A. Hauser, Assistant State's Attorneys, of counsel,) for appellees.